IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01531–EWN

MATTHEW J. FAIRSHTER AND
BENNETT & FAIRSHTER, LLP,

       Case No. 00–23048–SBB
   Appellants.       Chapter 11

v.

STINKY LOVE, INC.,

   Appellee,

IN RE:

NESBIT LEE LACY, a/k/a N. LEE LACY,

   Debtor.

## ORDER AND MEMORANDUM OF DECISION

     This is a bankruptcy appeal. Appellants Matthew Fairshter and Bennett & Fairshter LLP appeal from a bankruptcy court order issuing sanctions against them. This court's jurisdiction is premised upon 28 U.S.C.A. § 158 (West 2007).

     This case has a "sordid, tortured history," which this court has already set forth in detail in its Order and Memorandum of Decision filed August 30, 2007, concerning sanctions the bankruptcy court imposed upon Appellants. (*See* Order and Mem. of Decision [filed Aug. 30, 2007].) This matter comes before the court on Appellee's unopposed motion to consolidate

appeals. (Appellee's Mot. to Consol. Appeals [filed July 23, 2007] [hereinafter "Mot."].) It appears Appellants obtained a conditional stay of the bankruptcy court's sanctions pending the outcome of the appeal that was the subject of this court's August 30, 2007 order. (*Id.* at 1.) Appellants evidently violated the underlying conditions of the stay, which led the bankruptcy court to: (1) note that "Appellants' failure to comply with . . . specific instructions in the [c]onditional [o]rder represents a continuation of the pattern of avoiding, evading, confusing, and failing to deal candidly and honestly with the [bankruptcy] [c]ourt;" (2) vacate the stay; and (3) impose additional sanctions upon Appellants. (*Id.* at 1–2; *see* Order Vacating Order Conditionally Granting Mot. for Stay of J. Pending Appeal Denying Mot. for Stay of J. Pending Appeal [filed in Bankr. Ct. Oct. 12, 2006]; Order for Sanctions against Bennett & Fairshter, LLP and Matthew Fairshter, Jointly and Severally [filed in Bankr. Ct. Mar. 13, 2007].) Appellants appealed the additional sanctions imposed. (Notice of Appeal [filed in Bankr. Ct. Mar. 22, 2007].)

The appeal was assigned to Judge Kane in this district. (Appellant's Opening Br., Case no. 07–cv–00610–AP [filed July 6, 2007].) Briefing in the case before Judge Kane has been stayed, pending the outcome of Appellee's motion to consolidate now before this court. (Min. Order [filed July 25, 2007].) Appellee moves to consolidate Appellants' second appeal with that filed before this court, reasoning "these two appeals are founded upon the same facts and legal issues." (Mot. to Consol. at 2.) The court agrees.

Based on the foregoing it is therefore ORDERED that:

1. Appellee's motion to consolidate (#21) is GRANTED.

2. Appellants' opening brief shall be due thirty days after the issuance of this order.

Dated this 1st day of October, 2007

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge